TIMOTHY O'HERLIHY, Respondent, *v.* ADRIAN H. JOLINE et al., as Receivers of the NEW YORK CITY RAILWAY COMPANY, Appellants.

*O'Herlihy* v. *Joline*, 140 App. Div. 909, reversed.
(Argued March 6, 1912; decided April 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered November 3, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers.

*Bayard H. Ames* and *John Montgomery* for appellants.

*Thomas J. O'Neill* and *William Godnick* for respondent.

Judgment reversed and new trial granted, costs to abide event; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BART-LETT and COLLIN, JJ.; HISCOCK and CHASE, JJ., dissent, on the ground that while plaintiff's counsel was guilty of misconduct on the trial, which would have justified the Appellate Division in reversing the judgment, they doubt that any error of law was presented which gives this court jurisdiction to reverse.